**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 24 2013

JAMES W. McCORMACK CLERK
By: _____
                   DEP CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
JAVIER HURTADO-AMEZQUITO

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  4:06cr00131-01  JMM
USM No.  21723-009

Latrece Gray
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Special _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special 1 | Failure to refrain from returning to the United States illegally | 09/07/2013 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __7765__

Defendant's Year of Birth: __1964__

City and State of Defendant's Residence:
Little Rock, Arkansas

09/17/2013
_____
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY        U.S. District Judge
_____
Name and Title of Judge

09/24/2013
_____
Date

DEFENDANT:  JAVIER HURTADO-AMEZQUITO
CASE NUMBER:  4:06cr00131-01  JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

TWELVE MONTHS to run concurrently to sentence imposed in 4:06cr00168 and consecutively to sentence imposed in 4:12cr00265-01 JMM

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall serve his term of imprisonment in Forrest City, AR or Texarkana, TX.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at  _____ ☐ a.m.  ☐ p.m.  on  _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on  _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____ to  _____

at  _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL